Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-40800-JMM** |
| **RICK JAMES MUSSAW** | **CHAPTER 13** |
| **Debtor(s).** | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **January 20, 2021 at 1:30 p.m.**, or as soon thereafter as the parties may be heard, the court will call up for hearing trustee's objection to Counsel's Application for Attorney's fees **via telephonic hearing.**

Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up.

Conference Number: 1-877-336-1829

Access Code: 5781287

Security Code: 1234

DATED: January 6, 2021

                                                **/s/ Kathleen McCallister**
                                                **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on January 6, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Hyrum Mason Zeyer
Attorney at Law
hyrum@petersonzeyerlaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Rick James Mussaw
802 S. H Street
Rupert, ID 83350

    /s/  Kathleen McCallister
**Kathleen McCallister, Trustee**